UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA LEE REDDING,<br><br>   *Plaintiff*,<br><br>v.<br><br>CORRECTIONS DEPUTY SCOTT GRIFFITH,<br><br>   *Defendant*. | Case No. C18-1536-BJR-BAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS |

The Court, having reviewed the March 4, 2019 Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the relevant legal authority, and the record of the case, hereby ORDERS as follows:

1. The Report and Recommendation (Dkt. No. 12) is ADOPTED;

2. Defendant's motion to dismiss (Dkt. No. 10) is DENIED without prejudice;

3. The Clerk of Court is directed to send copies of this Order to the parties.

DATED this 17th day of April, 2019.

*/s/ Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING MOTION TO DISMISS - 1