# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOSHUA LEE REDDING,

                Plaintiff,

v.

SNOHOMISH COUNTY JAIL, et al.,

                Defendants.

Case No. 2:18-cv-01536-BJR-BAT

**ORDER RENOTING MOTION**

Before the Court is defendants' motion for summary judgment presently noted for September 13, 2019. Dkt. 19. On September 12, 2019, plaintiff filed a pleading entitled "Proof regarding Video Evidence," indicating that he has requested a copy of the video footage of the interaction in question and that it will be available October 2, 2019. Dkt. 27.

Although this pleading is late, the Court ORDERS:

(1) The clerk shall renote the motion for summary judgment, Dkt. 19, for **October 11, 2019.**

(2) Plaintiff shall submit to the court and defendants the video footage by **October 7,** 2019;

(3) The Clerk of Court shall provide copies of this Order to the parties.

ORDER RENOTING MOTION- 1

DATED this 13th day of September, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER RENOTING MOTION- 2