UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA LEE REDDING,<br><br>                Plaintiff,<br><br>  v.<br><br>SNOHOMISH COUNTY JAIL, et al.,<br><br>                Defendants. | Case No. 2:18-cv-01536-BJR<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME** |

Plaintiff moves to extend all proceedings for sixty days. Dkt. 34. There is no reason to delay Defendant's motion for summary judgment on August 21, 2019. Dkt. 19. Plaintiff has filed two responses, including a statement "under penalty of perjury," that defendant's version of the facts is inaccurate; defendant has filed a reply, and the Court renoted the motion to October 11, 2019. Dkts. 27, 29, 32. A delay is thus unnecessary simply because plaintiff claims he is transferring to a prison and cannot access legal materials. Dkt. 34. The Court **ORDERS** the motion to extend time, Dkt. 34, is **DENIED without prejudice.** The Clerk shall provide a copy of this Order to plaintiff.

DATED this 19th day of September, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DENYING MOTION FOR EXTENSION OF TIME- 1