UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA LEE REDDING,<br><br>  Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY JAIL, et al.,<br><br>  Defendants. | Case No. 2:18-cv-01536-BJR<br><br>**ORDER DENYING MOTION REGARDING SPOILATION OF EVIDENCE** |

Plaintiff moves the Court to sanction defendant for spoilation of evidence. Dkt. 37 He also asks the Court what his options are regarding spoilation, and if he should file a new complaint under the Fourteenth Amendment. *Id.* In this case, the sole allegation remaining in the case is whether defendant Griffith used excessive force against plaintiff. Plaintiff contends the alleged incident was captured on a jail video tape and that defendant should be sanctioned for spoilation of this evidence.

The record shows there was no spoilation. Defendant's counsel submitted a declaration establishing no video tape of the alleged incident exists because jail security tapes are preserved for only 60 days afterwhich the tapes are routinely overwritten and erased. Dkts. 29, 30, and 31. In this case, plaintiff alleges defendant used excessive force in August 2018. The Court dismissed most of plaintiff's claims and ordered service on defendant Griffith on January 18, 2019. Dkt. 7. Hence by the time defendant learned about this law suit, the jail security tape was

ORDER DENYING MOTION REGARDING SPOILATION OF
EVIDENCE- 1

already over written and erased. Defendant's counse also indicates "at no time has plaintiff requested the video during discovery." Dkt. 29 at 4. Under these circumstances the court finds neither defendant nor his lawyer destroyed the video tape knowing that it was relevant to this case; the tape was already destroyed before defendant knew he was being sued in this case. The Court thus concludes that is would be inappropriate to sanction defendant or defense counsel and

**ORDERS:**

    (1)    The motion for sanction, Dkt. 37, is **DENIED.**

    (2)    The Clerk shall provide a copy of this Order to plaintiff.

DATED this 1st day of October, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge