UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA LEE REDDING,

                    Plaintiff,

        v.

SNOHOMISH COUNTY JAIL, et al.,

                    Defendants.

Case No. 2:18-cv-01536-BJR

**ORDER DENYING MOTION TO
RE-AMEND COMPLAINT, DKT.
40**

On October 4, 2019, plaintiff filed a motion to Re-Amend Cmplaint. Dkt. 40. The motion

states plaintiff "noticed that the Defendant may also be in violation of the 4th Amendment's:

objective reasonableness standard which prohibits 'unduly tightening of handcuffs' (Lyons v.

City of Xenia)." *Id.*

The Court **DENIES** the motion. In *Lyons v. City of Xenia*, 417 F.2d 565, 575 (6th Cir.

2005), police officers were investigating an alleged assault at the Dodd residence. Lyons was

charged with obstructing, resisting arrest and assault. After a jury acquitted her, she filed a civil

suit alleging the police use excessive force during her arrest. The Court of Appeals stated the

Fourth Amendment "prohibits unduly tightening in the course of an arrest." *Id.*

In contrast, this case does not involve actions taken by a police officer during an arrest.

Rather this case involves the claim the defendant jail officer used excessive force against

plaintiff, a pretrial detainee. For actions brought by pretrial detainees, such plaintiff, excessive

ORDER DENYING MOTION TO RE-AMEND COMPLAINT, DKT. 40-
1

force claims arise under the Fourteenth Amendment's Due Process Clause. *See Kingsley v. Hendrickson*, 135 S. Ct. 2466, 2473 (2015) (A pretrial detainee must show force purposely or knowingly used against him was objectively unreasonable under the Fourteenth Amendment). The complaint herein already alleges violations of the "14th Amendment Rights Violations" and hence no further amendment is necessary to include this legal basis. *See* Complaint, Dkt. 4 at 3.

For these reasons, the Court **ORDERS**:

(1)     The motion to re-amend, Dkt. 40 is **DENIED.** The Fourth Amendment does not apply to plaintiff's allegation; rather the Fourteenth Amendment applies and plaintiff's orginial complaint already alleges a violation of this Amendment.

(2)     The Clerk shall provide a copy of this Order to the parties.

DATED this 7th day of October, 2019.


BRIAN A. TSUCHIDA
Chief United States Magistrate Judge