UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA LEE REDDING,<br><br>    Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY JAIL et al.,<br><br>    Defendants. | Case No. C18-1536-BJR<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the lack of objection to the same, and the entire record, finds and **ORDERS** as follows:

1. Defendant's motion for summary judgment, Dkt. 19, is **DENIED**;
2. The Clerk is directed to send a copy of this Order to the parties.

DATED this 13th day of November, 2019.

BARBARA J. ROTHSTEIN
United States District Judge