UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA LEE REDDING,

        Plaintiff,

v.

SNOHOMISH COUNTY JAIL,

        Defendant.

CASE NO. C18-1536 BJR-BAT

**ORDER DIRECTING PARTIES TO INDICATE TRIAL READINESS AND CONSENT TO MAGISTRATE JUDGE**

On April 18, 2019, the Court set deadlines to complete discovery and for the filing of dispositive motions. Dkt. 17. The deadlines the Court set have passed. Plaintiff and defendant are therefore directed to do the following:

(1)    Each party shall file a report no later than **December 2, 2019.** The report shall indicate the date the case will be ready for trial. To avoid setting a trial date that does not work for a party, each party shall indicate dates on which counsel may have a conflict.

(2)    The report shall indicate whether the trial will be jury or non-jury, and the number of days required.

(3)    The parties should also indicate whether they consent to Magistrate Judge Tsuchida. Consent is voluntary. If the parties consent, Magistrate Judge Tsuchida will preside over the entire case including trial and entry of judgment. If the parties do not consent, the case

ORDER DIRECTING PARTIES TO
INDICATE TRIAL READINESS AND
CONSENT TO MAGISTRATE JUDGE - 1

1 will remain with the assigned District Judge, the Honorable Barbara J. Rothstein. The identity of

2 a party consenting or not consenting will not be provided to Judge Tsuchida or Judge Rothstein.

3 To accomplish this please send an email to deputy clerk of court at

4 [andy_quach@wawd.uscourts.gov](andy_quach@wawd.uscourts.gov). with a note indicating: "Yes I consent" or "No I do not

5 consent."

6　　　　DATED this 21st day of November, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DIRECTING PARTIES TO
INDICATE TRIAL READINESS AND
CONSENT TO MAGISTRATE JUDGE - 2