UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUE LEE REDDING,

               Plaintiff,

  v.

SNOHOMISH COUNTY JAIL, *et al.*,

               Defendants.

Case No. C18-1536-BAT

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court, having conducted a trial ORDERS as follows:

1. The Court finds plaintiff failed to meet his burden of proof that defendant violated his constitutional rights;

2. The Clerk shall enter Judgment in favor of defendant dismissing the case with prejudice and provide a copy of this order and the Judgment to the parties.

DATED this 10th day of August, 2020.

                                              BRIAN A. TSUCHIDA
                                              Chief United States Magistrate Judge

ORDER DISMISSING - 1